# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1710
L.T. Case No. 2024-CA-001698

_____

JOSEPH ANDREW DIAZ,

Appellant,

v.

OPTIVIEW 360 TOURS, LLC,
MITCH MARQUI, LYNN MARQUI,
MARQUI ORLANDO, LLC, and
MARQUI LONGWOOD LLC,

Appellees.

_____

On appeal from the Circuit Court for Seminole County.
Susan Weindorf Stacy, Judge.

Joseph Andrew Diaz, Bronx, New York, pro se.

Nicholas A. Shannin, of Shannin Law Firm, PA., Orlando, for
Appellees, Mitch Marqui, Lynn Marqui, Marqui Orlando, LLC, and
Marqui Longwood, LLC.

No Appearance for Appellee, Optiview 360 Tours, LLC.

January 22, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____